# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HART,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-1543-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Doc. No. 9] |

On September 16, 2021, Plaintiff Justin Hart and Defendant Twitter, Inc. ("Twitter") filed a joint motion to extend the deadline for Twitter to respond to the Complaint. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Twitter must respond to the Complaint on or before the Federal Government Defendants' deadline to respond pursuant to Federal Rule of Civil Procedure 12(a)(2), which is currently, **November 8, 2021**.

**IT IS SO ORDERED**.

Dated: September 17, 2021

*Michael M. Anello* (signature)

HON. MICHAEL M. ANELLO
United States District Judge